No. 96–2019. KRANYIK v. CITY OF WEST MELBOURNE ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–2020. HOUSTON v. FINNELL ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–2021. BOUYE ET AL. v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 96–2022. HUDSON, BY AND THROUGH HER PARENT, HUDSON v. BLOOMFIELD HILLS PUBLIC SCHOOLS ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–2023. O'HARA v. BAYLINER ET AL. Ct. App. N. Y. Certiorari denied.

No. 96–2024. MORAN v. MORAN. Ct. App. Ariz. Certiorari denied.

No. 96–2025. JEFFERSON v. UNITED STATES;
No. 96–9447. ARCHER v. UNITED STATES;
No. 97–5730. MCNEALY v. UNITED STATES; and
No. 97–5754. BRAZEL v. UNITED STATES. C. A. 11th Cir. Certiorari denied. Reported below: 102 F. 3d 1120.

No. 96–2026. DUNN v. MIAMI HERALD PUBLISHING CO. ET AL. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.

No. 96–2027. CHARLY INTERNATIONAL ET AL. v. MCA RECORDS, INC. C. A. 9th Cir. Certiorari denied.

No. 96–2028. TU YING CHEN, INDIVIDUALLY, AND AS ADMINISTRATRIX OF THE ESTATE OF SHOU FONG CHEN v. SCHRAMM ET AL. Ct. App. Colo. Certiorari denied.

No. 96–2029. BURLINGTON NORTHERN & SANTA FE RAILWAY CO., FKA BURLINGTON NORTHERN RAILROAD CO. v. BYRD. Ct. App. Mo., Eastern Dist. Certiorari denied.